# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | |
|---|---|
| United States of America § | |
| § | |
| vs. § | Case Number: DR:24-M -00667(1) |
| § | |
| (1) Cristian Denis Acevedo-Guatemala § | |
| *Defendant* | |

## ORDER

On motion of the United States Government requesting detention of the Defendant, (1) Cristian Denis Acevedo-Guatemala, a hearing was set for March 15, 2024.

Gilberto Hernandez-Solano was appointed to represent the defendant. On March 13, 2024, the attorney for the defendant filed a Waiver of Preliminary and Detention Hearing signed by the attorney and the defendant waiving the hearings and the right to contest the Government's motion.

THEREFORE, pursuant to this waiver, it is ordered that the defendant be detained without bond until the completion of this case.

SIGNED on 13th day of March, 2024.

_____
MATTHEW H. WATTERS
UNITED STATES MAGISTRATE JUDGE